**L&B** **LAMB & BARNOSKY, LLP** MEMO ENDORSED
ATTORNEYS AT LAW

534 BROADHOLLOW ROAD, SUITE 210
PO BOX 9034
MELVILLE, NY 11747-9034
(631) 694.2300 • FAX: (631) 694.2309

SERVICE BY FAX, EMAIL OR OTHER FORMS OF
ELECTRONIC COMMUNICATION NOT ACCEPTED

MATTHEW J. MEHNERT
PARTNER

DIRECT DIAL: (631) 414.5856
DIRECT FAX: (631) 454.3867
MJM@LAMBBARNOSKY.COM

January 30, 2020

**VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: McNeil v. Vradenburgh, et al.
Docket No.: 18-CV-9353 (KMK)

Dear Judge Karas:

We are counsel to the defendants. We write with the consent of plaintiff's counsel for the purpose of requesting a modification to the briefing schedule set forth in the Court's January 8, 2020 scheduling order. Presently, the defendants' motion for summary judgment is to be filed on February 8, 2020, plaintiff's opposition on March 8, 2020 and defendants' reply on March 29, 2020. Each of these deadlines fall on a weekend. In addition, the parties anticipate, based upon their respective schedules, that additional time will be necessary to prepare and submit their respective motion papers. For this reason, we write to request the following revised briefing scheduled: defendants' motion to be filed no later than February 28, 2020, plaintiff's opposition to be filed no later than April 3, 2020 and defendants' reply to be filed no later than April 24, 2020.

This is the first request for an extension of the briefing schedule. The Court's consideration of this request and continuing attention to this matter is greatly appreciated.

Respectfully submitted,

Matthew J. Mehnert

cc: James E. Monroe, Esq.

*[Handwritten endorsement:]*
Defense Motion: 3/2/20
Plaintiff's response: 4/3/20
Defense reply: 4/24/20 -

So Ordered -
KMK 1/30/20