**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSHUA MCNEIL,

                Plaintiff,                18 **CIVIL** 9353 (PMH)

      -against-                          **JUDGMENT**

WAYNE VRADENBURGH and CITY OF
NEWBURGH,
                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated February 26, 2021, the Court grants Defendants' motion for summary judgment; accordingly, this case is closed.

**Dated:**  New York, New York
           February 26, 2021

                                                               **RUBY J. KRAJICK**
                                                                **Clerk of Court**
                                 **BY:**
                                                                 **Deputy Clerk**